# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RANDY J. PIDKAMINY**
        Plaintiff
vs.                       CASE NUMBER: 5:11-CV-865 (FJS)

**MICHAEL J. ASTRUE, Commissioner of Social Security**
        Defendant

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is DENIED, that Defendant's motion for judgment on the pleadings is GRANTED, that the Commissioner's decision is AFFIRMED and the Complaint filed by Randy J. Pidkaminy is DISMISSED. Judgment is hereby entered in favor of the defendant.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 22nd day of January, 2013.

DATED: January 22, 2013

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk